1

2

3

4

5

6

7

8                                   IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

10    SCOTT N. JOHNSON,

11              Plaintiff,                                    NO. 2:11-cv-3022-KJM-KJN

12          v.

13    HCM BROTHERS, INC.,                                     ORDER TO SHOW CAUSE

14              Defendant.

15    _____/

16              Plaintiff Scott Johnson filed suit on November 14, 2011, alleging defendant

17    HCM Brothers did not comply with the American with Disabilities Act ("ADA").  (ECF 1.)

18    Defendant did not file an answer by the January 4, 2012 deadline.  (ECF 5.)  Consequently,

19    plaintiff requested that the clerk enter a default on March 5, 2012 (ECF 6), which the clerk of

20    the court granted on March 6, 2012 (ECF 7).  On March 28, 2012, defendant filed what might

21    liberally be construed as an answer.  (ECF 10.)  This document contained a statement of

22    compliance with the ADA and pictures demonstrating compliance.

23              Between March 28, 2012 and November 20, 2012, neither plaintiff nor

24    defendant took action in this case.  On November 21, 2012, plaintiff filed a request to strike

25    defendant's answer filed nearly eight months earlier.  (ECF 11.)  Plaintiff requested this court

26    strike defendant's answer, which was filed without assistance of counsel, because defendant, as

27    a corporation, cannot appear in federal court without an attorney.  (Id. (citing *Rowland v.*

28    *California Men's Colony*, 506 U.S. 184, 202 (1993)).)  Plaintiff's request was granted.

1    However, plaintiff failed to take any action in this case for nearly eight months,

2  and on November 30, 2012 was ordered to show cause why this case should not be dismissed

3  for failure to prosecute.  (ECF 12.)  On December 12, 2012, plaintiff filed a motion for default

4  judgment (ECF 13) and responded to this court's order to show cause, stating that he had not

5  moved for default judgment previously because the parties had been in settlement negotiations

6  (ECF 14 at 2).  Plaintiff further asserted that this action is not moot because defendant still had

7  not complied with the ADA: while defendant had provided for a van accessible disabled

8  parking spot, defendant still had not removed the entrance's architectural barriers.  *(Id.)*

9    On January 31, 2013 the assigned magistrate judge held a hearing on plaintiff's

10 motion for default judgment. (ECF 15.)  Both parties were present. *(Id.)*  The magistrate judge

11 denied plaintiff's motion and ordered defendant to obtain counsel within thirty days. *(Id.)*

12 Plaintiff was also ordered to renew his motion for default judgment if defendant did not appear

13 through counsel upon the expiration of the thirty days. *(Id.)*

14    The thirty-day period has passed and defendant has not appeared through

15 counsel.  Plaintiff has not renewed his motion for a default judgment nor taken any other action

16 in this case.  Accordingly, this court orders plaintiff to show cause why this action should not

17 be dismissed for failure to prosecute and for failure to comply with the magistrate judge's

18 order. Plaintiff is also ordered to serve a copy of this order on defendant.

19    Plaintiff has seven days from the date of this order to comply with the court's

20 directions.  Any failure to timely respond may result in dismissal of this action.

21    IT IS SO ORDERED.

22 DATED:  April 23, 2013.

24    _____
   UNITED STATES DISTRICT JUDGE